UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROLYN RIVERS,

        Plaintiff,

v.                                        Case No:  6:20-cv-1151-Orl-37GJK

ORION MANAGEMENT SERVICES,
LLC and JEREMY HIGGINBOTHAM,

        Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 9) filed September 8, 2020.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2020.

ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record